UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM M. FRANKS, | ) Case No.: 1:25-cv-0414 JLT EPG |
| Plaintiff, | ) ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE PLAINTIFF'S VOLUNTARY DISMISSAL |
| v. | ) |
| G. LUNA, et al., | ) (Doc. 18) |
| Defendants. | ) |

On August 22, 2025, Plaintiff informed the Court that he wished to "pull" his case because he plans to re-file in the state court. (Doc. 18 at 1.) He requests the Court close the pending matter. (*Id*.) The Court construes this as a notice of dismissal pursuant to Rule 41, which provides: "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A). Because the defendants have not appeared or filed an answer, dismissal under Rule 41 is proper. *Id.* Accordingly, the Court **ORDERS**: The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:  __August 28, 2025__                                    /s/ Jennifer L. Thurston
                                                                                   UNITED STATES DISTRICT JUDGE