**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOM FRANKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. LUNA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-0414 JLT EPG (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S UNTIMELY OBJECTIONS FOLLOWING HIS NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 20) |

　　　　In June, the Court adopted findings and recommendations denying plaintiff's request to proceed *in forma pauperis* because Mr. Franks had filed three earlier actions that qualified as "strikes" under 28 U.S.C. § 1915 and he failed to show he was in "imminent danger." (Docs. 9, 11) The Court ordered him to pay the filing fee. (Doc. 11) He then filed untimely objections (Doc. 12), which the Court disregarded. (Doc. 13) Mr. Franks then objected again to the findings and recommendations, which the Court construed as a motion to reconsider. (Doc. 17) The Court considered the motion and found, once again, that he had not shown that he was in imminent danger of a serious physical injury and, instead, voiced concerns over the risk of future retaliation. *Id*. at 4-5)

　　　　Next, Mr. Franks requested the Court dismiss the action because he intended to file in the action in state court. (Doc. 18.) In the request for dismissal, he said unequivocally, "I'm writting the court to inform you guys that Im filing my case in the state court that I want to pull my case

1

from your guys court so please close my case that's in your court." *Id*. The Court closed the case on August 29, 2025, according to Fed. R. Civ. P. 41(a)(1)(A).  (Doc. 19.)

On September 2, 2025, the Court received another set of objections to Findings and Recommendations that were issued on June 3, 2025 (Doc. 9). (Doc. 20) In light of Plaintiff's notice of dismissal following the denial of his motion for reconsideration—which automatically terminated the case under Rule 41—the Court declines to construe the untimely objections as a second motion for reconsideration.  Thus, the Court orders:

1. Plaintiff's objections received September 2, 2024 (Doc. 20) are **DISREGARDED**.
2. The action **SHALL** remain closed.
3. **No further filings will be accepted in this closed action.**

IT IS SO ORDERED.

Dated:   **September 4, 2025**

UNITED STATES DISTRICT JUDGE

2